# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS LOSORELLI, JOE LOSORELLI, AND BOTH SUCCESSORS IN INTEREST TO AUSTIN LOSORELLI,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SHERIFF LEE BACA, DR. MARVIN SOUTHARD, DR. STEPHEN SHEA, DR. ALISHA SMITH, COUNSELOR BONNIE BAKER, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: CV14-05062 R (SH)<br>*[Hon Manuel L. Real; Mag. Judge Stephen J. Hillman]*<br><br>**ORDER ON THE PARTIES' JOINT REQUEST FOR DISMISSAL WITH PREJUDICE (SETTLEMENT CONSUMMATED)**<br><br>Trial Date: 10/13/15 |

Based on the Joint Stipulation of the parties, IT IS HEREBY ORDERED: This lawsuit is dismissed with prejudice.

Dated: September 21, 2015  _____
Hon. Manuel L. Real
United States District Judge

1

1  Timothy J. Kral, Esq. (State Bar No. 200919)
   Robert E. Murphy. Esq.  (State Bar No. 103936)
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  *tjk@manningllp.com; rem@manningllp.com*

6  Attorneys for Defendants, COUNTY OF LOS ANGELES;
   SHERIFF LEE BACA; DR. MARVIN SOUTHARD;
7  DR. STEPHEN SHEA; DR. ALISHA SMITH; and
   BONNIE BAKER

2